**Order entered July 23, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00558-CV

### IN RE MICHAEL RAMBERANSINGH, Relator

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-54515-2010**

## ORDER

In accordance with the Court's opinion issued this date, the petition for writ of mandamus is conditionally **GRANTED**. The Court **ORDERS** the trial judge, the Honorable Benjamin N. Smith, Judge of the 380th Judicial District Court, to **VACATE** the portion of his March 22, 2013 Order of Enforcement by Contempt and Suspension of Commitment (Possession or Access) that awards real party in interest eighty additional days of possession.

Should the trial judge fail to comply with this order, the writ will issue. The Court **ORDERS** the trial judge to file with this Court, **within thirty (30) days of the date of this order**, a certified copy of its order issued in compliance with this order.

We **ORDER** that relator recover his costs of this original proceeding from real party in interest.

/s/    DOUGLAS S. LANG
        JUSTICE